THE PEOPLE OF THE STATE OF NEW YORK ex rel. TONY LOVAGLIA, Relator, against WALTER B. MARTIN, as Warden of Attica State Prison, Defendant.

Submitted February 19, 1945; decided March 1, 1945.

*Tony Lovaglia,* in person, for motion.

*Nathaniel L. Goldstein, Attorney-General (Emil L. Cohen* of counsel), opposed.

Motion dismissed on the ground that the orders are not appealable to this court.